JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| DANIEL ALBERTO VARELA REYES, | Case No. CV 20-01368-JFW (AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WILLIAM P. BARR, United States Attorney General, et. al., | |
| Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

Dated: September 15, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE